UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SIUNBEK BORONBAEV                                              PETITIONER

V.                                          CIVIL CASE NO. 5:26-cv-00396-DCB-BWR

RAFAEL VERGARA *Warden, Adams County*                        RESPONDENTS
*Correctional Center* and CHRISTOPHER
BULLOCK, *Immigration and Customs
Enforcement, New Orleans Field Office
Director*

## <u>ORDER</u>

This matter is before the Court *sua sponte*. On April 28, 2026, Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging Petitioner's detention and requesting his immediate release or a bond hearing. According to the United States Immigration and Customs Enforcement's (ICE's) Online Detainee Locator System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before July 1, 2026,** the parties are to inform the Court whether the Petition is moot because Petitioner is no longer detained.

SO ORDERED, this 24th day of June 2026.

*s/ Bradley W. Rath*
_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] Locator.ice.gov (last visited June 24, 2026).